LITTLEJOHN & Co., INC., Plaintiff, *v.* THE ELLERMAN & BUCKNALL STEAMSHIP CO., LIMITED, Defendant.

Supreme Court, Appellate Term, First Department, December 15, 1926.

*Theodore L. Bailey* [*Arthur E. Muller* of counsel], for the appellant.

*Kirlin, Woolsey, Campbell, Hickox & Keating* [*Alvah H. Combs* of counsel], for the respondent.

PER CURIAM. In accordance with the rule laid down in *The Rosalia* ([C. C. A.] 264 Fed. 285, at p. 288) the evidence raised a presumption of unseaworthiness or of negligence, and, the defendant

having failed to sustain the burden of showing affirmatively that the damage arose from an excepted peril, the evidence tending to establish merely a doubt in that regard, it was error to award judgment for defendant.

Judgment reversed, with $30 costs, and judgment directed in favor of plaintiff for $467, with interest and costs.

Present, BIJUR, O'MALLEY and LEVY, JJ.